IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NORVAL R. MOSS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil No. 3:06-0076 |
| v. ) | Judge Trauger |
| ) | Magistrate Judge Griffin |
| SHERIFF TOM WALL, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

On November 17, 2008, the Magistrate Judge issued a Report and Recommendation (Docket No. 21), to which no timely objections have been filed. In fact, the record reflects that the plaintiff may well be deceased. At any rate, the Report and Recommendation is **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that this case is **DISMISSED** under Rules 4(m) and 41(b) of the FED.R.CIV.P.

It is so **ORDERED.**

Enter this 12th day of December 2008.

_____
ALETA A. TRAUGER
U.S. District Judge